UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE DARNELL OGBURN,

    Plaintiff,

v.

MDOC SERGEANT JAMES WARNER,

    Defendant.
_____/

Case No. 21-cv-11768

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

**ORDER:**
**(1) ADOPTING MAGISTRATE JUDGE ELIZABETH A. STAFFORD'S JULY 13, 2023, AMENDED REPORT AND RECOMMENDATION (ECF NO. 31);**
**(2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 24); AND**
**(3) DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT WITH PREJUDICE**

On July 13, 2023, Magistrate Judge Elizabeth A. Stafford issued an Amended Report and Recommendation to grant Defendant's Motion for Summary Judgment. (ECF No. 31, Amended Report and Recommendation.)

Having reviewed the Amended Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Stafford's July 13, 2023, Amended Report and Recommendation (ECF No. 31) is ADOPTED;

  (2) Defendant's Motion for Summary Judgment (ECF No. 24) is GRANTED;

and

  (3) this Case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: August 8, 2023           s/Paul D. Borman
                  Paul D. Borman
                  United States District Judge